IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | **8:10-cr-00358-LSC-FG3** | |
| vs. | ) | | |
| | ) | **ORDER** | |
| **JACYNDA J. LECH,** | ) | | |
| | ) | | |
| Defendant. | ) | | |

This matter is before the court on the defendant's unopposed motion to continue trial (#18) for the reason that the parties are conducting plea negotiations and awaiting further discovery requested from law enforcement. The defendant has complied with NECrimR 12.1(a). The court's calendar can accommodate an extension to December 14, 2010.

**IT IS ORDERED** that the motion to continue trial (#18) is granted in part, as follows:

1. The jury trial now set for November 30, 2010 is continued to **December 14, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **November 30, 2010 and December 14, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED November 15, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**