IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>            Plaintiff,              )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>JACYNDA LECH,                       )<br>                                                       )<br>            Defendant.            ) | Case No.  8:10CR358<br><br>AMENDED ORDER |

This case is before the court on the defendant's Motion to Re-Progress the Case (#84).  After consideration of the motion, the court finds the motion will be granted in part: Therefore,

**IT IS ORDERED:**

1. Defendant's Motion to Re-Progress the Case (#84) is granted in part.

2. The defendant is given until **July 15, 2011** to file pretrial motions dealing with the issue of voluntariness of statements attributed to the defendant.

3. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **June 29, 2011 and July 15, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Dated this 11th day of July, 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge